**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARRY PHILISTIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, JOHN E. RIFE, Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office, MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY** | : | **NO. 26-7961** |

**ORDER**

**NOW**, this 19th day of October, 2026, upon consideration of the government's email correspondence to the Court requesting an extension of time to file its response to the habeas petition, it is **ORDERED** that the government shall file its response no later than **October 21, 2026.**

TIMOTHY J. SAVAGE, J.